**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| ABIGAIL FERSTEIN, | CASE NO. 21-01118 |
| DEBTOR | JUDGE: Timothy A. Barnes |

**ORDER MODIFYING THE AUTOMATIC STAY**

THIS CAUSE coming to be heard on the objection of Nationstar Mortgage LLC d/b/a Mr. Cooper herein, the Court having jurisdiction over the parties and the subject matter and being advised in the premises, and due notice having been given:

IT IS HEREBY ORDERED:

1) That the Debtor is post-petition due and owing for certain payments due after the filing of the debtor's petition, which was January 27, 2021. These post-petition mortgage payments remain due and owing and this Creditor may seek collection of said post-petition mortgage payments in a motion for relief from stay if brought post-confirmation;

2) Confirmation of the Debtors' plan shall not constitute a waiver of past due payments due at the date of confirmation.

Approved: /s/ Michael N. Burke         Approved: [signature]
Counsel for Creditor                    Counsel for Debtor

Dated: April 20, 2021                   Enter: [signature]
                                        Bankruptcy Judge

Michael Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
21-094458