UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-01118 |
| Abigail Ferstein | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING THE DEBTOR TO USE, SELL OR LEASE 363(b) FOR THE PURPOSES OF A SHORT SALE

THIS MATTER coming to be heard on the Motion to Use, Sell or Lease 363(b) for the purposes of a short sale, the court having jurisdiction, with due notice having been given, the court orders as follows:

1. The Debtor is authorized to enter into the short sale agreement for the property located at 20 Hoover Court, Unit A, Streamwood, IL 60107.

2. The mortgage lien held by Mr. Cooper must be paid in full at closing pursuant to a payoff letter or, in the event of a short sale, Mr. Cooper must approve the short sale.

3. The closing statement from the short sale shall be provided to the Trustee's office along with any non-exempted proceeds within 10 days of closing.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  August 19, 2021

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600