UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Abigail Ferstein<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  21-01118<br><br>Chapter:  13<br>Honorable Timothy Barnes |

**ORDER SUSTAINING OBJECTION TO CLAIM 15-1**

THIS MATTER coming to be heard on the Objection of the Debtor for entry of an Order regarding Claim 15-1; the Court being advised in the premises; with due notice having been given;

IT IS HEREBY ORDERED:

1. That the Debtor's Objection to Claim 15-1 filed by the Internal Revenue Service is sustained as provided herein.

2. The priority portion of Proof of Claim 15-1 filed by the Internal Revenue Service is reduced to the amount of $3,303.07.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  October 28, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600