# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Abigail Ferstein      ) | |
| ) | Case No.:  21 B 01118 |
| ) | Judge Timothy A. Barnes |
| ) | Chapter 13 |
| Debtor.    ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes, Eliot G. Schencker, of Chuhak & Tecson, P.C., attorney for The Manors of Oak Knoll Condominium Association, an Illinois not-for-profit corporation, to withdraw the Proof of Claim filed on February 22, 2021 in the above-captioned case.

**Served upon the following parties electronically:**
Office of United States Trustee, 219 S Dearborn St # 873, Chicago, IL 60604
Trustee Marilyn Marshall, 224 S. Michigan Ave., #800, Chicago, IL 60604;
Cutler & Associates, Ltd. 4131 Main St. Skokie, IL 60076
Creditor, Michael N. Burke, Shapiro, Kreisman & Associates, LLC, 2121 Waukegan Road, Suite 301, Bannockburn, IL 60015

**and served upon the following via U.S. Mail:**
Abigail Ferstein, 20 A Hoover Ct., Streamwood, IL 60107

## PROOF OF SERVICE

I, the undersigned, an attorney, hereby certify that I have served a copy of this Notice upon the parties listed above via ECF or regular U.S. mail on or before 5:00 p.m. on November 2, 2021.

 */s/ Eliot G. Schencker*

Eliot G. Schencker – ARDC # 2671429
Chuhak & Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
312/201-3449
collections@chuhak.com