UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Abigail Ferstein<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 21-01118<br><br>Chapter: 13<br>Honorable Timothy Barnes |

## ORDER MODIFYING THE PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given,

IT IS HEREBY ORDERED:

1. The Debtor's current Chapter 13 Plan is modified post-confirmation to:

   a) Decrease Debtor's Plan payment to $620 a month beginning December 2021 until the end of the plan;

   b) Defer the current trustee default to the end of the Plan;

   c) Remove the pre-petition arrears to Nationstar Mortgage LLC d/b/a Mr. Cooper in section 3.1 of the Plan; and

   d) The Chapter 13 Trustee shall make no payments to Nationstar Mortgage LLC d/b/a Mr. Cooper for the pre-petition arrears.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: December 02, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor:
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600