UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Abigail Ferstein<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 21-01118<br><br>Chapter: 13<br>Honorable Timothy Barnes |

## ORDER APPROVING SETTLEMENT

THIS MATTER coming to be heard on the Motion of the Debtor to Approve Settlement;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The Debtor's settlement of her personal injury claim in the amount of $40,000 is approved.

2. Upon receipt of the settlement proceeds, Aylstock, Witkin, Kreis & Overholtz, PLLC, shall distribute $10,000 to Blue Cross Blue Shield of Illinois for the medical lien.

3. The attorney fees and litigation expenses incurred by the Debtor's personal injury attorney, Aylstock, Witkin, Kreis & Overholtz, PLLC, in the amount of $16,000 are approved.

4. Aylstock, Witkin, Kreis & Overholtz, PLLC, will distribute the remainder of the net settlement directly to the Debtor and upon receipt of the settlement proceeds the Debtor will submit the net non-exempt proceeds of her personal injury suit to the Chapter 13 Trustee within fourteen days of receipt.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: February 10, 2022

**Prepared by:**

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600